**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

mhsporn@gmail.com

# MEMO ENDORSED

June 7, 2021

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: <u>United States v. Joseph Minetto</u>
            Ind. No 19 Cr 833 (SHS)

Dear Judge Stein:

    This letter is respectfully submitted to request that Mr. Minetto's conditions of release be modified to permit him to travel with his wife and three young children to Brewster, Massachusetts to attend the wake and funeral of his wife's grandmother. They would depart this Wednesday, June 9, and return on Saturday, June 12. The government has no objection to this application so long as Pre-Trial has no objection.

    Mr. Minetto is supervised in the District of New Jersey where he resides. I reached out to his supervising Pre-Trial Officer late this afternoon upon learning of this development today, but she has not yet had the opportunity to respond. Because of the emergency nature of the request, I do not want to delay submitting this letter to your Honor, and I will update the Court as soon as I hear from Pre-Trial. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Kiersten A. Fletcher Esq.
     Elizabeth Charleston, U.S.P.T.O.

**Application granted. The defendant shall provide the address of where he will be staying in Massachusetts to his pretrial services officer.**

**Dated: New York, New York**
         **June 8, 2021**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.