**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

November 3, 2021

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Joseph Minetto
Ind. No 19 Cr 833 (SHS)

Dear Judge Stein:

    This letter is respectfully submitted to request that Mr. Minetto's conditions of release be modified to permit him to travel with his wife and three young children for a day trip to the Maritime Aquarium in Norwalk, Connecticut on November 22, 2021 to celebrate their child's birthday. Pretrial has no objection and the government defers to Pretrial. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Kiersten A. Fletcher, Esq.
    Sophia Grigolo, U.S.P.T.O.

Defendant's request to travel to Connecticut on November 22 is granted.

Dated: New York, New York
       November 3, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.