UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-833 (SHS)

-v-  :  ORDER

JOSEPH MINETTO,  :

        Defendant.  :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing of the above defendant is adjourned from December 15 to April 7, 2022, at 2:30 p.m.

Dated: New York, New York
       December 14, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.