# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

February 22, 2022

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Cheedie, et al.
Ind. No 19 Cr 833 (SHS)

Dear Judge Stein:

On behalf of my client Joseph Minetto, I respectfully request leave of the Court to join in the application, and arguments therein, of co-counsel filed today to quash a subpoena served by counsel for the co-defendant Jennifer Shah on me and various co-counsel for their respective clients. Thank you for your consideration of this matter.

Respectfully yours,

Michael Sporn

Michael H. Sporn

MHS/ss

Cc: All Counsel (By ECF).

Request granted.

SO ORDERED 2/23/2022

SIDNEY H. STEIN
U.S.D.J.