# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVA RD
BAYSIDE, NEW YORK 11361

March 31, 2022

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Joseph Minetto</u>
Ind. No 19 Cr 833 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for April 7, 2022 be adjourned to a date convenient to the Court at the end of July this year. The reason for this request is that Mr. Minetto has a number of medical issues that have flared requiring attention. I have reviewed these issues with the government, and it consents to the adjournment. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn
*Digitally signed by Michael Sporn*
*DN: cn=Michael Sporn, o, ou,*
*email=mhsporn@gmail.com,*
*c=US*
*Date: 2022.03.31 16:36:06 -04'00'*

Michael H. Sporn

MHS/ss
Cc: Robert Sobelman, Esq.
    Sophia Grigolo, U.S.P.T.O.

---

*Handwritten annotation:*

4/1/2022

Sentencing adjourned to July 28 at 10 A.M. in courtroom 23A. Defense submissions by July 7, gov't submissions by July 14. So ordered.

Sidney H. Stein
U.S.D.J.