# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

## MEMO ENDORSED

July 26, 2022

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Joseph Minetto</u>
Ind. No 19 Cr 833 (SHS)

Dear Judge Stein:

    This letter is respectfully submitted to request that Mr. Minetto's conditions of release be modified to permit him to travel with his wife and three young children for a trip to Florida from July 31 to August 5, and subject to providing the details of the itinerary to Pretrial. Pretrial has no objection and the government defers to Pretrial. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn
*Digitally signed by Michael Sporn*
*DN: cn=Michael Sporn, o, ou,*
*email=mhsporn@gmail.com, c=US*
*Date: 2022.07.26 11:44:06 -04'00'*

Michael H. Sporn

MHS/ss
Cc: Robert Sobelman, Esq.
    Sophia Grigolo, U.S.P.T.O.

**Defendant's request to travel as set forth above is granted.**

Dated: New York, New York
    July 26, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.