# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

## MEMO ENDORSED

October 24, 2022

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Joseph Minetto
Ind. No 19 Cr 833 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for October 27, 2022 be adjourned to a date in mid-January of 2023 that may be convenient to the Court. Among other reasons, he is scheduled for hip replacement surgery on December 14, 2022 at Hackensack University Medical Center resulting from Mr. Minetto's congenital disease known as Ehlers Danlos, a condition characterized by weakened connective tissue. In addition, Mr. Minetto's mother-in-law suffered a heart attack just a few days ago. She is on life support. His wife went to be with her mother in South Carolina leaving Mr. Minetto to care for their three young children. The government consents to the request for an adjournment. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn

Michael H. Sporn

MHS/ss
Cc: Kiersten Fletcher, Esq.
    Sebastian Swett, Esq.
    Sophia Grigolo, U.S.P.T.O.

**The sentencing is adjourned to January 12, 2023, at 2:30 p.m.**

Dated: New York, New York
       October 24, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.