# MICHAEL H. SPORN
#### ATTORNEY AT LAW
___

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY  
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVA RD  
BAYSIDE, NEW YORK 11361

November 22, 2022

**MEMO ENDORSED**

Hon. Sidney H. Stein  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: <u>United States v. Joseph Minetto</u>  
Ind. No 19 Cr 833 (SHS)

Dear Judge Stein:

     This letter is respectfully submitted to request that Mr. Minetto's conditions of release be modified to permit him to travel to Florida to visit his father, whose health is declining, from December 5 to December 12, and subject to providing the details of the itinerary to Pretrial. Pretrial has no objection and the government defers to Pretrial. Thank you for your consideration of this matter.

Respectfully submitted,

*Michael Sporn* (Digitally signed by Michael Sporn, DN: cn=Michael Sporn, o, ou, email=mhsporn@gmail.com, c=US, Date: 2022.11.22 12:55:56 -05'00')

Michael H. Sporn

MHS/ss  
Cc: Robert Sobelman, Esq.  
    Sophia Grigolo, U.S.P.T.O.  
    Lanique Rhyne, U.S.P.T.O.

Defendant' request to travel as set forth above is granted.

Dated: New York, New York  
      November 22, 2022

SO ORDERED:

*Sidney H. Stein*  
_____  
Sidney H. Stein, U.S.D.J.