# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVARD
BAYSIDE, NEW YORK 11361

## MEMO ENDORSED

April 4, 2023

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Joseph Minetto</u>
Ind. No 19 Cr 833 (SHS)

Dear Judge Stein:

This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for April 13, 2023 be adjourned for approximately 60 days on a day that may be convenient for the Court. Mr. Minetto's mother-in-law recently passed away. She resided in North Carolina. Her daughter, my client's wife, is spending time there to settle the estate, leaving Mr. Minetto with increased child care responsibilities. The government consents to a 2-week ajournment. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Robert Sobelman, Esq.

**The sentencing is adjourned to June 13 at 2:30 p.m. The defense submission is due by May 23, the government submission is due by May 30.**

Dated: New York, New York
April 4, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.