UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| JOSEPH MINETTO, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Defendant having requested permission to travel to Florida from May 30 to June 6 [Doc. No. 713,

      IT IS HEREBY ORDERED that the request is granted. Defendant shall provide his travel information to Pretrial Services.

Dated: New York, New York
       May 22, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.