UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| JOSEPH MINETTO, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant having requested an adjournment of the July 10 sentencing [Doc. No. 719],

    IT IS HEREBY ORDERED that the request is granted. The sentencing is adjourned to July 10, 2023, at 3:30 p.m. The defendant's sentencing submission is due by June 19, the government's submission is due by June 26.

Dated: New York, New York
        May 23, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.