UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | ORDER |
| JOSEPH MINETTO, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of defendant,

IT IS HEREBY ORDERED that:

1. Defendant's surrender date is adjourned to October 20, 2023; and

2. The Bureau of Prisons is directed to designate a facility as soon as possible and prior to October 20, 2023.

Dated: New York, New York
August 29, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.