# MICHAEL H. SPORN
ATTORNEY AT LAW

(212) 791-1200
mhsporn@gmail.com

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVA RD
BAYSIDE, NEW YORK 11361

**MEMO ENDORSED**

November 13, 2023

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Joseph Minetto</u>
Ind. No 19 Cr 833 (SHS)

Dear Judge Stein:

    This letter is respectfully submitted to request approval for my appointment, *nunc pro tunc*, to represent Mr. Minetto starting on November 19, 2019, the date I began providing services, rather than the date of my formal appointment entered in the docket which was December 5, 2019. Thank you for your consideration of this matter.

Respectfully submitted,

Michael Sporn
*Digitally signed by Michael Sporn*
*DN: cn=Michael Sporn, o, ou,*
*email=mhsporn@gmail.com, c=US*
*Date: 2023.11.13 16:28:35 -05'00'*

Michael H. Sporn

MHS/ss
Cc: Robert Sobelman, Esq.

Dated: New York, New York
November 14, 2023

SO ORDERED

/s/ Sidney H. Stein

SIDNEY H. STEIN
U.S.D.J.