UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,              :        19-Cr-833 (SHS)

        -v-                                                  :        <u>ORDER</u>

JOSEPH MINETTO,                                  :

        Defendant.                              :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      There will be a status conference on Thursday, May 9, at 11:00 a.m. regarding the defendant's May 1 motion for compassionate release [Doc. No. 789]. The AUSA on this matter should attempt to determine what the status is of any follow up care regarding the cyst identified in Exhibit E dated November 29, 2023 to the May 1 letter.

Dated: New York, New York
       May 6, 2024

                                                        SO ORDERED:

                                                       *[signature]*
                                                       Sidney H. Stein, U.S.D.J.