UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| JOSEPH MINETTO, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The U.S. Marshal Service is directed to produce the above defendant from the MDC to the S.D.N.Y. Courthouse for a conference on Thursday, May 9, at 11:00 a.m.

Dated: New York, New York
      May 8, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.