UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | <u>ORDER</u> |
| JOSEPH MINETTO, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    For the reasons set forth on the record, defendant's motion for compassionate release [Doc. No. 789] is denied.

Dated: New York, New York
       May 9, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.